UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TESSA YARBROUGH,
     Plaintiff,

                                                   Case No. 25-cv-14021
v.                                                 Hon. Robert J. White
                                                 Mag. David R. Grand

EQUIFAX INFORMATION SERVICES, LLC, et al.,
     Defendants.
_____

### NOTICE OF SETTLEMENT

Plaintiff and Equifax Information Services, LLC ("Equifax") have settled their dispute and Plaintiff intends to file a dismissal of Equifax within sixty (60) days.

                                                 Respectfully submitted,

Dated: June 25, 2026           /s/ Carl Schwartz
                                      CARL SCHWARTZ (P70335)
                                      CONSUMER DISPUTE LAWYERS
                                      Attorneys for Plaintiff
                                      27600 Farmington Road, Suite 108
                                      Farmington Hills, MI 48334
                                      Phone: (855) 472-0080
                                      Fax: (248) 850-3990
                                      Email: carl@crlam.com

### Proof of Service

I, Carl Schwartz, hereby state that on June 25, 2026, I served a copy of the foregoing document upon all counsel of record via the Court's CM/ECF system.

/s/ Carl Schwartz